# Third District Court of Appeal

## State of Florida

Opinion filed September 24, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1378
Lower Tribunal No. F07-8599
_____

**Willie Robinson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Willie Robinson, in proper person.

James Uthmeier, Attorney General, for appellee.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. See Wainwright v. State, 411 So. 3d 392, 399 (Fla. 2025)

(holding that, even if <u>Erlinger v. United States</u>, 602 U.S. 821 (2024), constitutes a change in law, it does not apply retroactively to cases that were final when it was decided); <u>Arias v. State</u>, 413 So. 3d 999 (Fla. 3d DCA 2025).